

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00060-CV

**IN THE INTEREST OF S.T., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15371
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Panel:    Irene Rios, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

On April 22, 2020, we issued an opinion and order dismissing this appeal. On July 21, 2020, appellant filed a document in this court complaining of our opinion and expressing his desire to appeal. We construe this document as a motion for rehearing. Under the Texas Rules of Appellate Procedure, any motion for rehearing must filed within fifteen days after the court of appeals' order is rendered. TEX. R. APP. P. 49.1. A motion for extension of time to file a motion for rehearing must be filed within fifteen days after the last date for filing the motion for rehearing. TEX. R. APP. P. 49.8. Appellant's motion for rehearing was not timely filed and appellant did not file a motion for extension of time. Therefore, appellant's motion for rehearing is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court